# United States Court of Appeals for the Federal Circuit

ERRATA

February 2, 2005

Appeal No. 04-1196

Independent Ink, Inc. v. Illinois Tool Works, Inc.

Decided: January 25, 2005            Precedential Opinion

Please make the following correction:

On page 19 of the opinion, change the twelfth line to read: "AFFIRMED-IN-PART, REVERSED-IN-PART, AND REMANDED".